IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bank of America, National Association as
Successor by Merger to LaSalle Bank National
Association, as Trustee for the registered holders of   CASE NUMBER: 1:10-cv-7162
Bear Stearns Asset Backed Securities I Trust 2007-
HE4 Asset-Backed Certificates, Series 2007-HE4
PLAINTIFF

VS.                           DISTRICT JUDGE: Gary Feinerman

Steven L. Washington,                  MAGISTRATE JUDGE: Jeffrey Cole
                    DEFENDANT(S).

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 284 IN THE HIGHLANDS, A SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 17, TOWNSHIP 39 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
Commonly known as 542 S. Harvey Avenue, Oak Park, IL 60304
Property Index No. 16-17-103-024-0000

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against the Borrower Defendant, Steven L. Washington;

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That Plaintiff is granted a deficiency judgment in the amount of $114,541.48 against Defendant, Steven L. Washington ONLY pursuant to 735 ILCS 5/15-1508(e) and 735 ILCS 5/15-1511;

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for the registered holders of Bear Stearns Asset Backed Securities I Trust 2007-HE4 Asset-Backed Certificates, Series 2007-HE4
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15-1701;

That the Sheriff of Cook County is directed to evict and dispossess Steven L. Washington from the premises commonly known as 542 S. Harvey Avenue, Oak Park, IL 60304

The Sheriff cannot evict until 30 days after the entry of this order.

IT IS FUTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered

to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

    A copy of this order shall be sent via regular mail to all defendants within 7 days.

Dated: __8/31/11__        Entered: _____
                                                          Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313